UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTUMN SMITH,

    Plaintiff,

v.

                          Case No. 1:25-cv-655

WAL-MART, INC.,                  HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  August 22, 2025                        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge